*Exhibit A = 4 pages*

UNITED STATES FEDERAL COURT
FEDERAL COURTHOUSE
WESTERN KENTUCKY DISTRICT
IN LOUISVILLE, KENTUCKY

**FILED**
JAMES J. VILT, JR. - CLERK

AUG 29 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Ms. VivianJanetBowman, Plaintiff,

VS.

Bowling Green City Independent School District including Ken May and Gary Fields, Defendant.

TO THE USA FEDERAL JUDGE:

This case is violent HATE CRIME Defendants did on the Plaintiff on May 11, 2022 in Bowling Green High School located 1801 Rockingham Lane Bowling Green, KY 42104.

Hate Crime involves violence that is motivated by prejudice on the basis of race, religion creed, life style or sexual orientation, etc.  Here white skin people hate other white skin person these white skin Defendants control African American to do violent hate attack on me the Plaintiff and I object.
I the Plaintiff Ms. VivianJanetBowman was teacher in my classroom when
African American man stalked me in my classroom he did extremely hard sharp hit on my back.  I almost passed out.  I turn around and see this huge size African American man laughing at me because he had harmed me.
He laughs loudly for long time.  He did everything possible to dehumanize me.  He was very bold he not afraid to do criminal activity in front of many people.
His assault was unprovoked, I the Plaintiff did not know him I had never seen him before.
His name was not on my roster he was not suppose to be in my classroom.
I told him to go on to his class then his laughing black face turned to extreme hate black face.  He slowly walked through this entire classroom looking at me while he says
" FUCK YOU RAPE YOU FUCK YOU" over and over he says these violent threats to me.
This African American man said terrible profanity of threats towards me what he going to do to me!
His inappropriate profanity is Non-Consenual.
His name is Chris Peacher has excessive conduct to arouse sexual desire excitement in himself to say terrible profanity obscene lewd sexually inappropriate words directed towards me.  When learn that his name is Chris Peacher he is 18 years old student football player.  He is full blown adult student in this high school!
Do not know if he is doing sex with the teacher I was substitute for, do not know if he is high school whoremonger.  Yet in this high school football players can do anything they want, especially the African

Americans. They treat some white people as slaves.
No student would help me because African Americans are favored they can do anything and get away with criminal conduct Chris Peacher did.
The school policeman would not help me after this hit on me he resigned from his job!
This hit was no bump.
This hit was no accident.
Defendants are liars all they do is make this violent intentional hurt injury like it was nothing. And I the Plaintiff objects.
Administrators only wanted to appease attacker Chris Peacher!
Criminal Chris Peacher weighs 250 pounds he rough football game player for this Bowling Green high school so football coach allows him to do anything!

All Defendants violated my 1st Amendment my Right to Speak Up and object to their violence,
1st Amendment protects my freedom of belief my Right to worship or Not ,,as I choose.
Defendants do not have the right to do violence on me the Plaintiff because of my belief to be one person, I do not push my belief on any person.
Defendants violated my 14 th Amendment my Civil Rights of denying me Equal Protection.
Defendants have intentionally violated my Human Rights to life, liberty, freedom from slavery and torture, freedom of opinion and expression.
I could not live in Bowling Green after I was physically assaulted and verbal threats.
I was being abused every which way even when I tried to get medical help.
This is corrupt Defendants they tried to break me to recruit me into immoral criminal activity. Defendants tried to have me killed and I object.
I the Plaintiff am not their scape goat for all their perverted dirty activity.
I the Plaintiff objects to the dirty Defendants, and Defendants must be their own sacrifice for their dirty criminal sins.

The physical assault caused me VivianJanetBowman to be physically weak and hurting with much pain. Emergency Room medical doctor said the assault caused Thoracic Strain, the physical assault was behind my heart and behind my heart I had aneurysm.
The aneurysm has caused me to be weak after the assault. This one hit took my strength away from me, I do not feel well.
Defendants know that I had heart surgery October 2021. Defendants had me hit behind my heart so to kill me and I object.
This is the truth and nothing but the truth these truths show what stupid immoral perverted low life animals Defendants are. GodHaveNoMercy on them.
Defendants play games this is all a game to evil corrupt Defendants.
If Defendants are married then their corrupt marriages need to be in divorce courts.
If Defendants have children then their children should never be allowed to have good happy marriages, their children should never be allowed privilege opportunities.
These corrupt Defendants should not be allowed to live to be my age.
Defendants only wanted to harm me this was their game objective and GodFatherAlmightyInHeaven have no mercy on any of these corrupt Defendants.

EXHIBIT. A.   are 4 pages to show Emergency room information about my injury defendants did to me, paper to show Workers Comp because of the injury yet defendants are preventing me from getting medical help this is their crime also.

My Civil Rights I the Plaintiff do not have and I object.
My Human Rights I the Plaintiff do not have and I object.
After I the Plaintiff spoke up to this physical assault and threats then corrupt Defendant fires me from my job.  Corrupt Defendants spreads gossip throughout the community to prevent any person to help me.  All Defendants are white skin people.
All Bowling Green school board members are white skin people.
They rewarded and helped the African American man who did the physical assault and threats on me.
They were all together to harm me then prevent me from my freedom to seek help.
I the Plaintiff Ms. VivianJanetBowman does not feel well after Defendant did physical assault on me.
Defendants must pay $75,000  Seventy Five Thousand Dollars.

Address: Bowling Green City Independent Schools Ken May and Gary Fields
         1211 Center Street
         Bowling Green, KY 42101
Phone number  270.746.2200

Ms. VivianJanetBowman
P.O. Box 35492
Louisville, KY. 40232

*Ms. Vivian Janet Bowman*
*August 29, 2022*