FILED
JAMES J. VILT, JR. - CLERK
OCT 26 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

United States Federal Court
Federal Courthouse
Western Kentucky District
In Louisville, Kentucky     Civil Action 1:22-CV-00106-GNS

Ms. Vivian Janet Bowman, Plaintiff,

V. Default Judgment Federal Rule 55 Plaintiff's Motion &
Affidavit showing $75,000. amount due

Bowling Green Independent School District including
Ken May and Gary Fields, Defendants

To The U.S.A. Federal Judge;

The Defendants admit they received Plaintiff's
Summons Complaint on September 6, 2022.
Defendants took 40 days before they made any
word or action, Defendants filed a response
on October 17, 2022,
Defendants should have took action at least
by September 28, 2022 yet they did not,
Defendants who have defaulted are not
incompetent people or minors,
next page is Affidavit showing amount
due,
                    Ms. Vivian Janet Bowman, Plaintiff
                    October 26, 2022

I the Plaintiff is survivor of violence, VJB

United States Federal Court
Federal Courthouse
Western Kentucky District
In Louisville, Kentucky

Exhibit A = 7 pages
document Aug. 29, 2022

Civil Action 1:22-CV-00106-GNS

Ms. Vivian Janet Bowman, Plaintiff,

V.    <u>Plaintiff's Affidavit</u> showing Defendants amount
      due $75,000.

Bowling Green Independent School District including
Ken May and Gary Fields, Defendants

To The U.S.A. Federal Judge:
The Federal Clerk must enter judgment
for $75,000. against Defendants who has been
defaulted for not timely responding to
Plaintiff's Complaint.
Affidavit is a written statement which
I the Plaintiff Ms. Vivian Janet Bowman
swear is true & which is used as
evidence in a court of law.
I Plaintiff Ms. Vivian Janet Bowman solemnly
swear that I filed Document on Aug. 29, 2022
to this U.S.A. Federal Court.
I Ms. Vivian Janet Bowman is survivor of violence &
I am here to protest violence & hold defendants accountable.
I deserve better than physical assault &
taking my work & money away from me.
next page:                                    VJB

1.

Plaintiff's document of 7 pages as Exhibit A. This document is self-explanatory of hate, physical assault, spoken words of terror, civil rights violations, human rights violations, towards the Plaintiff on May 11, 2022.

Page 3 shows the amount of money $75,000, the Plaintiff requires.

This Affidavit shows the amount due = $75,000.

Ms. Vivian Janet Bowman
P.O. Box 35492
Louisville, KY. 40232
October 26, 2022

Default Judgment & Affidavit
Plaintiff mail to:
Regina A. Jackson
English, Lucas, Priest & Owsley, LLP
1101 College Street P.O. Box 770
Bowling Green, KY. 42102-0770
October 26, 2022

2.