FILED
JAMES J. VILT, JR. - CLERK

NOV 2 2 2022

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES FEDERAL COURT
FEDERAL COURTHOUSE
WESTERN KENTUCKY DISTRICT
IN LOUISVILLE KENTUCKY

CIVIL CASE   1:22-cv-106-GNS

Ms. VIVIAN JANET BOWMAN, PLAINTIFF

V

BOWLING GREEN CITY INDEPENDENT SCHOOL DISTRICT INCLUDING KEN MAY AND GARY FIELDS, DEFENDANTS

Plaintiff's Motion For Default Judgement Rule Of Civil Procedure 55
Plaintiff, Ms. Vivian Janet Bowman has given proof to this Court that Defendants signed for and received this Federal Lawsuit on September 6, 2022.
This fact is on Court Record.

Defendants failed to serve and file a notice of intention to defend after 21 days.
No word from the Defendants until October 17, 2022.
Defendants are in Default Judgement.

Defendants are contributory to direct and immediate physical assault on the Plaintiff on May 11, 2022 while Plaintiff Ms. Vivian Janet Bowman was teaching school.  The severity of injury caused an aneurysm behind my heart, this injury has caused me not to ever go back to school to work. This injury has caused much physical pain and lack of strength that I not able to ever hold a job again.  This is how serious the injury is.
Plaintiff also now has PTSD I am in TRAUMA still from Defendants physical assault and words of threats.  The severity of this injury has also left terrible financial lost now and in the future.

SERIOUSNESS OF THIS INJURY IS PLAINTIFF'S REQUEST FOR RELIEF.

Service was made on the Defendants and no answer was received until 40 days later.
Defendants continue to show hate and mean spirits towards Plaintiff.
More proof of hate, Defendants culture of exclusion and stagnation that made it impossible for Plaintiff to have a long employment future with this school district.
Defendants are not beyond reproach because their ethics show that they do not exists to help an employee to thrive.  Defendants do not show utmost importance responsibility to protect well being of an employee, in fact Defendants do not genuinely care about well being of me the Plaintiff.
The Defendants must know the extreme injuries and the seriousness of injuries done on me the Plaintiff is not to be ignored.
The Plaintiff Ms. Vivian Janet Bowman:  State A Claim of the severity of injuries.
Plaintiff request for relief:  Default Judgement $75, 000. November 22,2022.

(next page)

Ms.Vivian JanetBowman
P.O.Box 35492
Louisville, KY 40232
November 22, 2022

*Ms. Vivian Janet Bowman*
*November 22, 2022*

Plaintiff's motion default judgement mailed to:
English, Lucas, Priest, & Owsley, LLP
1101 College Street; P.O.Box 770
Bowling Green, KY 42102-0770
November 22, 2022