UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:22-CV-00106-GNS-HBB

VIVIAN JANET BOWMAN                                                                                  PLAINTIFF

v.

BOWLING GREEN CITY
INDEPENDENT SCHOOL DISTRICT, et al.                                                   DEFENDANT

## **ORDER**

This matter is before the Court on Plaintiff's Objection (DN 26) to the Magistrate Judge's Report and Recommendation ("R&R") (DN 25) recommending the dismissal of this action due to the failure of Plaintiff Vivian Janet Bowman ("Bowman") to comply with the Court's Order (DN 19) regarding service of process.

On December 2, 2022, the Court granted Defendants' motion to quash due to Bowman's improper service of Defendants. (Order 3, DN 19). In that Order, the Court directed Bowman to properly serve Defendants and make a return of service by December 30, 2022. (Order 3). The Court specifically warned that non-compliance would lead to a recommendation to dismiss this action. (Order 3). Based on Bowman's failure to with that Order, the Magistrate Judge recommended the dismissal pursuant to Fed. R. Civ. P. 41(b). (R&R 1-2, DN 25).

In general, the district court reviews *de novo* any portion of an R&R to which a specific objection is made. *See* Fed. R. Civ. P. 72(b)(1)(C); 28 U.S.C. § 636(b)(1)(C); *United States v. Curtis*, 237 F.3d 598, 603 (6th Cir. 2001). General or conclusory objections, however, are insufficient. *See Zimmerman v. Cason*, 354 F. App'x 228, 230 (6th Cir. 2009). Instead, "only those specific objections to the [magistrate judge's] report made to the district court will be

1

preserved for appellate review." *Id*. (quoting *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373 (6th Cir. 1987)).  In conducting the review, the court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3).

Here, Bowman has failed to raise specific objections to the R&R.  Her objections are not responsive to the basis upon which the Magistrate Judge recommends dismissal of this action. She instead focuses on her various grievances which she has raised throughout the litigation. Having conducted a *de novo* review of the Magistrate Judge's determinations and absent a proper objection to the substance of the R&R, the Court concludes the R&R should be adopted.

Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation(DN 25) is **ADOPTED**, and this matter is **DISMISSED WITHOUT PREJUDICE**. Plaintiff's pending motions (DN 6, 7, 11, 16, 21, 22) are **DENIED AS MOOT**. The Clerk shall strike this matter from the active docket.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

January 20, 2023

cc: Vivian Janet Bowman, *pro se*
     counsel of record